UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                         CASE NO. 8:16-cr-517-T-33AEP

RICHMOND JOSEPH MCDONALD

## GOVERNMENT'S WITNESS LIST

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Special Agent Terri Botterbusch
   Homeland Security Investigations

2. Tracie Esposito

3. Margie Scott

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

                                        Respectfully submitted,

                                        W. STEPHEN MULDROW
                                        Acting United States Attorney

By:   */s/ Lisa M. Thelwell*
       Lisa M. Thelwell
       Assistant United States Attorney
       Florida Bar No. 100809
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: lisa.thelwell@usdoj.gov

| | |
|---|---|
| U.S. v. Richmond Joseph McDonald | Case No. 8:16-cr-517-T-33AEP |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kevin Beck, Esq.

/s/ Lisa M. Thelwell
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lisa.thelwell@usdoj.gov

*\\usaflmsfile21.usa.doj.gov\Users\_Cases\Criminal Cases\M\McDonald, Richmond_2016R02521_LYT\Sentencing\p_Witness List-McDonald.docx*