UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                Case No. 8:16-CR-517-T-33AEP

RICHMOND JOSEPH MCDONALD,
        Defendant.
_____/

**DEFENDANT'S NOTICE OF SUPPLEMENTAL SENTENCING EXHIBITS**

        The Defendant, Richmond J. McDonald, by and through undersigned counsel, hereby files this Supplemental Sentencing Exhibit and in support thereof would show:

        1.        The Defendant, Richmond J. McDonald, appeared before the Honorable Virginia Covington-Hernandez on November 21, 2017. The Judgment and Sentence were entered November 27, 2017.

        2.        The Defendant was sentenced to Life in Prison, in part due to hearsay evidence presented by the government related to three allegations which had arisen in Georgia nearly twenty years prior. None of the alleged witnesses were called to testify and in two instances, the government supported the allegations with documentary evidence.

        3.        The second allegation involved a woman identified as LAS. The government presented an affidavit describing non-consensual sexual conduct and an statement on or about June 27, 2000. The matter was not pursued criminally. The Defendant has recovered from counsel in Georgia a series of letters and postcards mailed to the Defendant by LAS after the episodes complained of. The Defendant would supplement the record with five documents, a letter dated June 28, 2000, a letter and two postcards dated June 30, 2000, and a letter dated July 5, 2000. All were penned after the date of the alleged incident.

WHEREFORE the Defendant, Richmond J. McDonald, hereby files the instant Notice of Supplemental Sentencing Exhibits.

Respectfully submitted,

*Kevin T. Beck, Esq.*
Fla. Bar No. 0802719
615 27th Street South, Set. E
St. Petersburg, FL 33712
727.873.1177
888.269.4240 (Facsimile)
kevintbeck@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered electronically via CM/ECF to the Office of the United States Attorney and all other parties on this 11th day of December, 2017.

/s/ *Kevin T. Beck*
Kevin T. Beck, Esq.
Fla. Bar No. 0802719
615 27th Street South, Set. E
St. Petersburg, FL 33712
727.873.1177
888.269.4240 (Facsimile)
kevintbeck@hotmail.com