

Dear Mom,

A while ago to let you know that you are in my thoughts and prayers.

I was/am so grateful for your hospitality. I enjoyed our conversation, our shopping trip together, your very good breakfasts. Everything. I thank you for welcoming me into your home. Missing you.

Much Love,

Mom (Angela) McDonald
261 Briarwood Rd.
Guyton, GA
31312