K~

6/28/00

Damn you all I can think about is us. I'm going nuts. I can't concentrate. Images and words from memory come bursting through. I cannot believe you were worried about disappointing me. Any woman would give their eye teeth to be satisfied the way that I was. But now I have this awful yearning that engulfs me. I just want to come back and visit. Why can't I be in two places at one time? Every time you come to mind my vaginal muscles tense up and the hair on the back of my neck. You are by far the best lover I have ever known. Or will ever know. The things you know about women's bodies astounds me. I remember the feel of your hands pinning me down. Your mouth on mine. Your cock buried deep inside every orifice alternately stretching me past the limit. The way your tongue rolls out between your teeth when you are really determined. The sharp pain of you driving into my ass without warning. The pressure of a vibrator and you inside me. God I'm getting wet just thinking about us. I'm in a perpetual state of sexual readiness now. Too bad Ernie doesn't smell it like you do. The taste of your urine on my tongue. Your ass in my face. GOD!

letter that night.

2

Why is this happening to me? Why have I fallen for someone so inaccessable? I cannot keep calling you everynight but I can't help myself. I think of the taste of your lips your words in my ears your hand in mine. I know of all the times you told me to suck you off and I followed your direction without hesitation. I would walk to the end of a pier if you wished it. I am considering a tongue piercing but I don't think I can go there. No matter how bad your cock wants it. God I wish I could open my eyes in the morning and see you there. At the same time I have 2. but we aren't lovers anymore. So strange.

That whole dialogue you do about own your father... mother... brother... own makes me crazy. I think about the sound of your voice and want to lift you so you will anger. I love watching the passionate rage in your eyes you turn into an animal. Like an angry stallion who takes to get what he wants. I would love if you would tear my clothes off — Why is it so exciting to me that you put a knife at my neck? I like to be afraid of you. and since I don't know you that well I don't totally trust that you won't hurt me.

3

Honestly look at my experience - what you subject me to. And I love it. Strange. I have never known passion like this. Never known anger to be stimulating before. And you do make me angry. Your nonchalance. Your ability to hold back your orgasm. I hate that. Usually I have the control. No man has ever challenged me the way that you do. You deserve self confidence. You are an incredible man. Not just sexually - in general.

Think about it. You're a loyal son, friend and soldier. You're very intelligent, imaginative, artistic, bold, kind and gentle yet incredibly strong. Do not let those who abuse you take away your power. Tonight you said what if you go to jail. I refuse to accept that that will happen. Period. And if you did - God forbid - I would come and visit you there. You are in my heart. Your symbol is on my body (lizard) my wildest fantasies include you. Nothing will change that.

Tonight you asked me what I would not do for you. Honestly I don't know if there is anything. I'm that obsessed with you. And it's only getting stronger. It scares me almost. I can't concentrate - it's like I left half of me in Savannah. To you I am but a complex fuck with some intensity thrown in. You are much more to me than that.

4

I can predict the future. You will tire of me and find yourself another. Thus breaking my heart. I anticipate the pain. But at least I will have the memories of you. So put the legend on me so that every time I saw myself I would see you with me. I can take off my wedding rings. I cannot take off little Raymond. Next time we visit I want to kiss you and buy you things. You need to be spoiled. I look at our pictures more than 2x daily. Just to believe that you are real. I quiver when I think of your touch. I can't make a sandwich without remembering our little interlude in the kitchen.

I've never had a man who made me feel as sexy as you do. I love to look at you. Touch you. Smell you. Lick you. Bite you. Tease you. Massage you. I'd do anything for you. If you were mine I'd be sure to treat you so you would never stray. (Except for new and exciting experiences) But you are not mine. Also you're hers. He wears seven diamonds to show it. You said you want to possess me. No one can. I protect myself. So I already know you will hurt me so I keep at least one barrier in place. I am grateful for what I have now.

I think of sucking your cock. Of having you drive it down my throat. I think of your cum all over my face and hair. I think of you in my ass bludgeoning me mercilessly. And of loving it. I think of your head between my legs.

5

and that tantalizing tongue. We need alka-seltzer. I cannot wait to strap on that dildo and fuck your ass as hard as you fucked mine. We're going to make you so sore that every time you sit you'll curse the day you met me. I'm going to tie you down and jerk you off with a mouthful of ice. I'm going to fuck you so hard - bring you super to the edge then stop and make you beg. You're going to lick my pussy for as long as I tell you to. And I think clothespins are in store for you definitely. You are going to crawl or else whip you till the welts rise and the tears come to your eyes. I will wash my feet with your tongue. And after I pee I'll wipe myself on your lips and tell you to lick me. I'll have you massage my whole body with oils and have you fuck yourself off. But still I won't let you come. Maybe I'll tell you that Ernie is a superior lover than you and that you don't last as long and don't know my body like he does. I'll do the things to you that you did to me. I'll make you so angry. Then I'll untie you. And reap the rewarding consequences.

You like me to defy you. You like people to follow your directions and it infuriates you that I won't admit it. You know you cannot control me. Cannot break my spirit and it pisses you off. Well, too bad! So there! What'cha gonna do?! I think I'll tie you - coat your genitals in butter and introduce patience to your privates. Just think that rough tongue. Tension un...

6

I cannot wait to pour hot wax on your chest and cock. I'll drip it slowly into your asshole. Mmm Yum. Maybe I'll tie a scarf around your cock and balls and lead you around by it. You will submit to me Richard. I promise you that. "The one that gives you pain is the same that can take it away." — Madonna. I'm going to use you. I'll please myself and leave you lying there. You need to be blindfolded and I'll stick objects into your ass and will have you guess harder and harder until you guess what they are. We'll start small and work our way quickly to the point that you're stretched beyond all conception. Yes. Regretful. Maybe after I come a few times I'll just turn over and go to sleep with you restrained, your dick pointing towards the ceiling. Maybe I'll use something sharp. Just enough to make you bleed. Put lipstick on you because you hate the taste. Oh the fun we're going to have with you... Until tomorrow. I love you. Me.

I do not have both of these positions. Quickly retyped. What time are we leaving? I knew I was good. I need to bring in the new mirror/tub pillows and will look adorn!