R.                                                                                                    7/5/00

hello. what are you thinking right now? Now get a piece of paper and write your answer on the paper. Now, mail it to me. I want the honest to God truth mailed to me pronto. It may be prying but I've already forgiven myself for that defect/ strength of character. Come on now do it. But I've looked into your eyes so many times and you disallow to see into them. You shield yourself from getting hurt but also lose your generosity, sincerity, integrity and God. For me it's the God thing I don't use Mary or Jesus. That doesn't well phone me now. But the point is I should be going on b.w. trips. Don't you know how much I want to be in your arms with you inside me. Anywhere you desire for as long as you desire it. I am surrendering part of myself to you. But I will not allow you to break my spirit. Look in my eyes you'll see defiance. You can never break that. I would love you to try...

God I miss the taste of your come — do you know that it's like the more unadulterated good tasting. Clean tasting than eating right. I can't wait to have my mouth around your cock again. Lick those little hairy. Don't you slept me for tov. Atleast I have a mental illness but then you have your own dr. So we're both freaks — excellent!

LOVE TO ALL FAMILY: HUMAN & OTHER

7/5/00
NOONISH
2

So, where was I? Oh yes, you cock in my mouth. Yum. I'm gonna get me some! :) I will visit again. I promise. I just don't know when. I have to do all this P.T. for my well being please remember my back is broken in 2 places. The only way I could get through that weekend we spent together was you kept flooding me with endorphins and adrenaline and desire... I talk to my dreamer every day morning-ish. I love my tattoo I had no idea how erotic they really are until you go through the experience. _____ and thus when the buy increases. No don't it bad trusting. Must not give i problems my lover your energy. Remember it's you I want Jeff. _____ God miss you!

What I would do to be smoothing your practically non existent left bodistrew goes it. Well, if it is hurting you save — It's your body. I think I'd love to run my finger through your chest hair while I licked my way over your stomach down your abdomen to your pride and joy. God to taste you if but for a moment what I would sacrifice.

Don't say I didn't do anything with my education. That is horseshit. Now, I heard you say that in my head and just reacted to it as if it had been an event that you caused it. Weird. I must be overtired plus the damn pharmacy they having me take.

I miss you. God I miss you. How can I miss you? I barely know you. Then again I know more about you than myself probably. That's the beauty of 'objective' perspective. But I've gone and lost my objectivity and fallen in love with you. And I don't think you mind.

So it's none of my business but why are you faking orgasms with Laura? You used to come with her. What has shifted? You! I was under no illusion that things would be even slightly the same after we finally met. Did you think you would just act like normal and feel totally whacked?! That's why I talked to Z about an open marriage b4 I saw you. I cherish him but all my needs were not met and God brought you to earth to quench the fires that had burned too hot and too brightly. According to astrologers you and I are a good match... Ernie and I aren't according to the same book. Because Sagittarians are wanderers and Pisces need ground. But everything is great so far with some definite rough spots but we own a bldg (actually a mortgage) for that corner brick job that I also love. It's in Asheville. It's like an old seamstress shop/mill. Beautiful history, lots of energy in that building. But I would have a nice bedroom, bath and kitchen stuff for you and a guest if you wish. Fun dreams. Um listening to Macy Gray bye it!! Oh to wrap my hands around your dick!

4

That would be lovely. To stroke you hard and fast, until you hold back no longer and splash my neck and mouth and chin with gobs of pent up semen. Yum! God a woman could go crazy over these desires. I just want you again. This time I won't been through ray — therefor I will have much more energy. I want to make all your ~~fantatres~~ fantasies into realities. Well except for one and you and I know what that is. Maybe the stripper you know well.

I want my lap dance. I want you to take me to strip club. I want us to go back to Club One. To see Peter and Angel if they can get her any drunk- woops. Why am I so obsessed with you. I think of you inside me constantly. And how you shove that cock in my ass with no mercy. And it down my throat. Not to mention how deep you drove into my pussy and made every orafice ache for days. But you were right. I went home knowing "I'd been fucked like a dog in every way plus some."

God you excite me. Your like a magnet and I'm not the only beautiful women and the beautiful women they are all nothing you. You ooze charisma and some kind of animal magnetism.

unfinished
see letter of
7/16