5

Well, it's 5AM and still no sign of being tired. It's because I can't expend any energy. This feet up bedrest crap is for the birds. Just because it's forced we resent it whereas if it was my choice I'd think it was great. I don't know what to do Richmond. I know I can't let you go. I know I can't walk away. And that I don't want to. But I would like some variety in my thoughts again. It seems I think of sex + you almost constantly. Weird huh. I really need to go back to bed. Or I will lose my mind unquestionably. I require sleep to make sure I don't go psychotic. Sleep is crucial when it comes to people with bi-polar disorder.

I'm making light of it R. But this thing with my legs is really scaring me. It hurts to walk, all the skin is stretched tight and I cannot bend my toes forward b/c there is just too much swelling. I've been on major antibiotics for two days — no results yet. I am scared. Modern medicine is miraculous though. I hope this stuff starts working soon. Cause this sucks. I'm not supposed to walk around or anything.

You know I left to visit you because of where there  only I prayed I knew we going to  and they suck of my hands. everything

6

And to be aware of manipulation. I just want you to have input if you like. The truth is I would love chocolate mousse, whenever one bakes, yumm but you passed. We've worked together it's no big deal. Well, my chatting the protector. Save the genitals man! Meet us what's our numbering. Immagine she watches people like water gauges. He was very husband and very too crazy. She is somewhat worried as for 55 ok. when light is good but because of the shades I'll obey you." I like it creamy "and sweet" he said and followed up with "Please..." He broke his pact to sleep in the heat of the rap night out of the night that him. The lady sublet the institution while we'd being in — thurs–friday. No way! what were they thinking. They clearly were not

Well you're not going to give full that is wonderman. Show me. O.k.

God you are beautifully artistic: Anais Nin, Sappho, ANNE RODRIGUEZ    God this life is fun

Where have you been? I've searched and searched to laugh at all humanity 'cause they don't.

You cannot change that, or so it he was I don't know.

7/6/00
7:35 AM
7

I feel like calling you and waking that cute ass of yours. God knows when I was there I was not permitted to sleep! :) I have a wonderful new outfit (2 actually) for you next time. But with one I must wear lipstick. And that's that. Well, I'm sitting with my heart of terrified that I have diabetes or something numerous. But I'm o.k. better than yesterday. I'm glad that you don't plan on cheating on me with anyone but your fiancée, and that's a very sweet gesture but I do not run your life - you do. Don't cut your nose off to spite your face though on my account. But I don't want to know about it either.

Why do you live in bum-f__k Georgia and me in B__F__k N.C. Six hours and 15 minutes from there. E. and I are going out of town tomorrow don't know when. I just know that I'll be able to talk to you once and maybe not for days. It's crazy and totally impractical whatever I'm doing. I'm tired and should go back to bed. But that reminds me it's due for a wash. It's only wash it once a week

B

So I guess you've gotten it in your head that I like you too. We need to find you a belly button pierced woman to share herself with us very openly. :)
I may not be able to stand out and just go take a bath ~~~~~ warm and to an extent does that stay had ~~~~ her. ~~~~ between my ~~~~~
I think I'm dying if I was the one who ~~~~~.

Mom really helped by playing up her trials and no makeup beautiful ~~~ been saying ~~~~. I just wanted a picture of you. I told you right now it's been known get it back. One a step at a time. And be pissed and angry and do constructive things with that anger, tell a friend, tell someone, or write it all down that's like doing a douche for the mind. God I miss her — that ~~~~~ since ~~~ when ~~~~ you.

I'm not going to stop ~~~~ days.

Thank you
Savannah.

Love you always,
S.