UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:16-cr-517-T-33AEP

RICHMOND JOSEPH MCDONALD
and
SHAUNA MARYANN BOSELLI

_____

**RECEIPT FOR GOVERNMENT EXHIBITS AND/OR EXHIBIT SUBSTITUTES**

The undersigned acknowledges receipt of the following described exhibits and/or exhibit substitutes:

See attached Exhibit List

Date:

_____
Signature

_____
Relationship to party/counsel

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA,　　　　　　　Case No. 8:16-cr-517-T33AEP

  Plaintiff, ☐
  Government ☒　　　　　　　　　　　☒ Sentencing
　　　　　　　　　　　　　　　　　　　　　☐ Trial
v.　　　　　　　　　　　　　　　　　　　　☐ Other

Richmond Joseph McDonald, Jr., et. al.

  Defendant ☐

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| **IMAGES** | | | | |
| 1 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and child victim at the zoo—child victim is on McDonald's shoulders<br>DISC-00971 |
| 2 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald and child victim at the zoo—child victim is on McDonald's shoulders<br>DISC-00972 |
| 3 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Boselli holding child victim at the zoo<br>DISC-00977 |
| 4 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Boselli and child victim at the zoo<br>DISC-00978 |

Case Number: 8:16-cr-517-T33AEP                                                    Page 2 of 9 Pages

# EXHIBIT LIST - Continuation Sheet

| # | | | | |
|---|---|---|---|---|
| 5 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Boselli and child victim at the zoo<br>DISC-00979 |
| 6 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Boselli and child victim walking at the zoo<br>DISC-00981 |
| 7 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and child victim walking at the zoo<br>DISC-00989 |
| 8 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and child victim inside the ice cream store<br>DISC-01000 |
| 9 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and child victim inside the ice cream store<br>DISC-01001 |
| 10 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Boselli and child victim inside the ice cream store<br>DISC-01002 |
| 11 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Boselli and child victim inside the ice cream store<br>DISC-01003 |
| 12 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Boselli and child victim inside the ice cream store<br>DISC-01004 |
| 13 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Boselli and child victim with chickens<br>DISC-01006 |

p_Exhibit List.docx

Case 8:16-cr-00517-VMC-AEP   Document 183   Filed 12/10/18   Page 4 of 10 PageID 1506
Case 8:16-cr-00517-VMC-AEP   Document 122   Filed 11/03/17   Page 3 of 9 PageID 667

Case Number: 8:16-cr-517-T33AEP                                    Page 3 of 9 Pages

## EXHIBIT LIST - Continuation Sheet

| #  | Date 1 | Date 2 | Witness | Description |
|----|--------|--------|---------|-------------|
| 14 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Boselli and child victim with chickens<br>DISC-01007 |
| 15 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and child victim with chickens<br>DISC-01009 |
| 16 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Lake Behind McDonald and Boselli's Residence<br>DISC-01013 |
| 17 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Blue Tent inside McDonald and Boselli's Residence<br>DISC-00218 |
| 18 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Orange Towel with Hood inside McDonald and Boselli's Residence<br>DISC-00258 |
| 19 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Children's Books<br>DISC-00283 |
| 20 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of Child Victim with Stuffed Panda bear<br>DISC-01052 |
| 21 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool<br>DISC-01053 |
| 22 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool<br>DISC-01054 |

Case 8:16-cr-00517-VMC-AEP   Document 183   Filed 12/10/18   Page 5 of 10 PageID 1507
Case 8:16-cr-00517-VMC-AEP   Document 122   Filed 11/03/17   Page 4 of 9 PageID 668

Case Number: 8:16-cr-517-T33AEP                                    Page 4 of 9 Pages

**EXHIBIT LIST - Continuation Sheet**

| # | | | | |
|---|---|---|---|---|
| 23 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01055 |
| 24 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01056 |
| 25 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01057 |
| 26 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01058 |
| 27 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01059 |
| 28 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01060 |
| 29 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01061 |
| 30 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01062 |
| 31 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | Photo of McDonald, Boselli, and Child Victim at the Hotel Pool DISC-01064 |

Case 8:16-cr-00517-VMC-AEP   Document 183   Filed 12/10/18   Page 6 of 10 PageID 1508
Case 8:16-cr-00517-VMC-AEP   Document 122   Filed 11/03/17   Page 5 of 9 PageID 669

Case Number: 8:16-cr-517-T33AEP                                      Page 5 of 9 Pages

**EXHIBIT LIST - Continuation Sheet**

| # | | | | |
|---|---|---|---|---|
| 32 | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | Photo of McDonald and Child Victim at the Hotel Pool<br>DISC-01065 |
| 33 | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | Photo of McDonald, Boselli, and child victim in hotel lobby<br>DISC-01068 |
| 34 | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | Photo of McDonald, Boselli, and child victim in hotel room<br>DISC-01069 |
| 35 | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | Photo of McDonald, Boselli, and child victim at restaurant<br>DISC-01072 |
| | | | | |
| | | | | |
| **ENTICEMENT VIDEOS** | | | | |
| 40 | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | Videos of McDoanld and Boselli Found on Jamie Esposito's Electronic Device |
| 40A | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | McDonald and Boselli Video Sent on Kik "Hi I can't wait to meet you" |
| 40B | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 0ee6c8a3-8585-489a-8505-2564d3343ba0.mp4 |
| 40C | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 1bbf645e-25b8-4d6f-87fc-7b6e9a19bc41.mp4 |

p_Exhibit List.docx

Case Number: 8:16-cr-517-T33AEP                              Page 6 of 9 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 40D | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 5b9a6coe-0b49-4b62-8397-5f377430afbc.mp4 |
| 40E | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 10e2f350-039a-4031-a7ed-2e22161f052.mp4 |
| 40F | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 9873a563-65754c42-a3a4-bb227d2e291b.mp4 |
| 40G | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20637938-e566-498d-a16d-dc941cc37e00.mp4 |
| 40H | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 29501137-1de0-4434-b2ba-f2f3c5821c87.mp4 |
| 40I | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | cfd4408d-8db7-4231-8eda-4e39c5f1b975.mp4 |
| 40J | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | d4a99e68-60f3-461a-84fa-d9e02ca0d7ac.mp4 |
| 40K | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | f94c9861-9f7a-46cc-82bd-d4da2f2c26b0.mp4 |
| **GRAPHIC IMAGES AND VIDEOS** | | | | |
| 50 | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | CD Containing Child Pornographic Images and Videos Created on July 19, 2017, and July 21, 2017, Found on Jamie Esposito's Cellular Telephone |
| 50A | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160719_193608.jpeg is an image dated July 19, 2016, at 7:36 PM. |
| 50B | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113449.jpeg is an image dated July 21, 2016, at 11:34 AM. |
| 50C | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113518.jpeg is an image dated July 21, 2016, at 11:34 AM. |

p_Exhibit List.docx

Case 8:16-cr-00517-VMC-AEP   Document 183   Filed 12/10/18   Page 8 of 10 PageID 1510
Case 8:16-cr-00517-VMC-AEP   Document 122   Filed 11/03/17   Page 7 of 9 PageID 671

Case Number: 8:16-cr-517-T33AEP                                Page 7 of 9 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 50D | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113521.jpeg is an image dated July 21, 2016, at 11:35 AM. |
| 50E | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113522.jpeg is an image dated July 21, 2016, at 11:35 AM. |
| 50F | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113722.jpeg is an image dated July 21, 2016, at 11:37 AM. |
| 50G | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113748.jpeg is an image dated July 21, 2016, at 11:37 AM. |
| 50H | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113810.jpeg is an image dated July 21, 2016, at 11:38 AM. |
| 50I | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113820.jpeg is an image dated July 21, 2016, at 11:38 AM. |
| 50J | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113821.jpeg is an image dated July 21, 2016, at 11:38 AM. |
| 50K | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113843.jpeg is an image dated July 21, 2016, at 11:38 AM. |
| 50L | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113851.jpeg is an image dated July 21, 2016, at 11:38 AM. |
| 50M | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_113912.jpeg is an image dated July 21, 2016, at 11:39 AM. |
| 50N | NOV 0 3 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_114031.mp4 is a 4-second video dated July 21, 2016. |

Case 8:16-cr-00517-VMC-AEP   Document 183   Filed 12/10/18   Page 9 of 10 PageID 1511
Case 8:16-cr-00517-VMC-AEP   Document 122   Filed 11/03/17   Page 8 of 9 PageID 672

Case Number: 8:16-cr-517-T33AEP                                              Page 8 of 9 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 50O | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_114135.mp4 is a 35-second video dated July 21, 2016. |
| 50P | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_114429.mp4 is a 21-second video dated July 21, 2016. |
| 50Q | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_114437.jpeg is an image dated July 21, 2016, at 11:44 AM. |
| 50R | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_114450.jpeg is an image dated July 21, 2016, at 11:44 AM. |
| 50S | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_114839.jpeg is an image dated July 21, 2016, at 11:48 AM. |
| 50T | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_114842.mp4 is a 3-second video dated July 21, 2016. |
| 50U | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_115247.jpeg is an image dated July 21, 2016, at 11:52 AM. |
| 50V | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_115408.jpeg is an image dated July 21, 2016, at 11:54 AM. |
| 50W | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_115538.jpeg is an image dated July 21, 2016, at 11:55 AM. |
| 50X | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_115539.mp4 is a 6-second video dated July 21, 2016. |
| 50Y | NOV 03 2017 | NOV 03 2017 | SA Botterbusch | 20160721_115557.mp4 is a 25-second video dated July 21, 2016. |

Case 8:16-cr-00517-VMC-AEP Document 183 Filed 12/10/18 Page 10 of 10 PageID 1512
Case 8:16-cr-00517-VMC-AEP Document 122 Filed 11/03/17 Page 9 of 9 PageID 673

Case Number: 8:16-cr-517-T33AEP

Page 9 of 9 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 50Z | NOV 03 2017 | NOV 0 3 2017 | SA Botterbusch | 20160721_144633.jpeg is an image dated July 21, 2016. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |